UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TOMMY E. LAMPLEY,))Plaintiff,))CAUSE NO.  3:05-CV-808 ASv.))OFFICER JOHN DOE, *et al.*,))Defendants.) | |

*OPINION AND ORDER*

Tommy E. Lampley, a *pro se* prisoner, filed a motion to amend. Mr. Lampley had previously been granted

> leave to proceed against Superintendent Cecil Davis for the sole purpose of discovery to identify the unknown correctional officer who worked IDU Eastside recreation on October 24, 2005 and rolled the bars for the second recreation group at approximately 9:50 a.m. and subsequently signaled other guards to intervene in the attack on Mr. Lampley

Docket # 5 at 8. Mr. Lampley now states that he has identified that unknown correctional officer, therefore the motion to amend will be granted and Cecil Davis will be dismissed.

Mr. Lampley was cautioned that

> he will have to file a new complaint which specifically names the correctional officer who collaborated with the inmate who attacked him as well as stating any and all claims he has against that officer and the relief he seeks from him. Mr. Lampley will also have to provide the materials necessary to serve the named correctional officer.

Docket # 5 at 8. Though he was supplied with a blank complaint form for this purpose, Mr. Lampley did not file an amended complaint with his motion. Neither did he file a summons or USM-285. Therefore it is not possible to screen the amended complaint as required by 28 U.S.C. § 1915A, nor would it be possible to serve it on the identified correctional officer. Therefore Mr. Lampley will be provided with the necessary paperwork and given time to submit it.

Finally, Mr. Lampley has filed a motion to compel discovery. Since he was granted leave to proceed against Cecil Davis for the sole purpose of identifying the name of the unknown correctional officer, since he has now identified that correctional officer, and since Cecil Davis is being dismissed, the motion for discovery will be denied as moot.

For the foregoing reasons, the court:

(1) **GRANTS** the motion to amend (docket # 11);

(2) **DISMISSES** Superintendent Cecil Davis;

(3) **DIRECTS** the clerk to place the cause number of this case on a blank 42 U.S.C. § 1983 Prisoner Complaint form and mail it to Mr. Lampley along with a copy of this order, two summons, and one USM-285;

(4) **GRANTS** Tommy E. Lampley to and including March 10, 2006 to file a USM-285, summons, and a properly completed amended complaint against the correctional officer who worked IDU Eastside recreation on October 24, 2005 and

2

rolled the bars for the second recreation group at approximately 9:50 a.m. and subsequently signaled other guards to intervene in the attack on Mr. Lampley;

(5) **DENIES AS MOOT** the motion for discovery (docket # 9); and

(6) **CAUTIONS** Mr. Lampley that if he does not file an amended complaint by that date, this case will be dismissed without further notice pursuant to 28 U.S.C. § 1915A because the current complaint does not state a claim for which relief can be granted.

**IT IS SO ORDERED.**

**ENTERED: February  15 , 2006**

　　s/Allen Sharp  
**ALLEN SHARP, JUDGE**  
**UNITED STATES DISTRICT COURT**
